AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
Dominic Hampton-Boyd

*Defendant(s)*

Case No. 26-MJ-3346-JDH

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 12, 2026 in the county of Norfolk in the District of Massachusetts, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1201(a)(1) | kidnapping |
| 18 USC § 922(g)(1) | felon in possession of firearm and ammunition |

This criminal complaint is based on these facts:

See attached Affidavit of Massachusetts State Police Trooper and FBI TFO Michael J. Haines

☑ Continued on the attached sheet.

Michael J. Haines (JDH)
*Complainant's signature*

Michael J. Haines, MSP Trooper and FBI TFO
*Printed name and title*

Subscribed and sworn to via telephone in accordance with Federal Rule of Criminal Procedure 4.1.

Date: September 24, 2026

*Judge's signature*

City and state: Boston, Massachusetts

Hon. Jessica D. Hedges, U.S. Magistrate Judge
*Printed name and title*