**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA **Category No.** II **Investigating Agency** FBI

**City** Milton

**County** Norfolk

**Related Case Information:**

Superseding Ind./ Inf. ____ Case No. ____
Same Defendant ____ New Defendant ____
Magistrate Judge Case Number ____
Search Warrant Case Number ____
R 20/R 40 from District of ____
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ____ ☐ Yes ☑ No

**Defendant Information:**

Defendant Name Dominic Hampton-Boyd Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: ____

Address: ____

Birth date (Yr only): 1995 SSN (last 4#): 4133 Sex: M Race ____ Nationality: U.S.

**Defense Counsel if known:** ____ Address: ____

Bar Number: ____

**U.S. Attorney Information**

AUSA: Allegra K. Flamm Bar Number if applicable: ____

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ____

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested ☐ Regular Process ☑ In Custody

**Location Status:** ____

**Arrest Date:** August 12, 2026

☐ Already in Federal Custody as of ____ in ____.
☑ Already in State Custody at Norfolk County Correctional Center ☐ Serving Sentence ☑ Awaiting Trial
☐ On Pretrial Release: Ordered by: ____ on ____

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ____ ☐ Misdemeanor ____ ☑ Felony Two

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 9/22/2026 Signature of AUSA: */s/ Allegra K. Flamm*

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): ______

**Name of Defendant** Dominic Hampton-Boyd

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1201(a)(1) | kidnapping | One |
| Set 2 | 18 U.S.C. § 922(g)(1) | felon in possession of firearm and ammunition | Two |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**